IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEVAR JONES, | : | CIVIL ACTION |
|    Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| JOHN E. WETZEL, et al., | : | NO. 13-3980 |
|    Respondents. | : | |

FILED
MAR 14 2014

## ORDER

AND NOW, this 14 day of March, 2014, upon careful and independent consideration of the petition for a writ of habeas corpus, the response, and available state court records, and after review of the Report and Recommendation of United States Magistrate Judge David R. Strawbridge, it is **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The petition for a writ of habeas corpus is placed **IN SUSPENSE** until the conclusion of Jones's state appellate proceedings; and

3. Petitioner and Respondents **SHALL NOTIFY** the Court within thirty days of the conclusion of the state proceedings in his case so that the habeas petition may proceed in this Court.

BY THE COURT:

_____
L. FELIPE RESTREPO,     J.

ENTERED
MAR 17 2014
CLERK OF COURT